RECEIVED JUN 3 0 2014 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

CASE NO._____

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

RECEIVED JUN 3 0 2014 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

BENJAMIN HENRY, DAISY HENRY

PLAINTIFFS,

VS.

STATE OF ALASKA, OFFICE OF CHILDREN'S SERVICES, et.al

DEFENDANTS.

## HERE, COMES BENJAMIN AND DAISY HENRY FOR GOVERNMENT FRAUD

1. The Alaska Office of Children's Services said in their unsworn statements that there is abuse toward our children. No evidence.

2. One of our sons, L<sub>Redacted</sub> C. H<sub>Redacted</sub> as falsley diagnosed with seizures and is given a drug called Lamictal. he is 13. The OCS claimed that a psychiatrist, not a Doctor, diagnosed our son with seizures.

1

3. Agents for Alaska Office of Children's Services told our boys, L Redacted and J Redacted that if they behaved, they could go home sooner, then the Office of Children's Services told the judge that their "therapy" was working, that the boys "attitude" is better than before. Lonnie told his mother..."Mom, they lied to us, they said if we behave, we'll go home sooner, mom, they lied."

4. The Alaska Office of Children's Services allowed our children to be vaccinated against our wishes.

5. Further, your affiant sayeth naught.

6. We reserve the right to amend this complaint or to add more defendants.

*Benjamin Henry* (signature)
Benjamin Henry

*Daisy Henry* (signature)
Daisy Henry

Date: June 21, 2014

Copies to:

Alaska Office of Children's Services in Anchorage, Alaska, Kotzebue Office of Children's Services Guardian Ad Litem, District Court for the State of Alaska. Clerk of the District Court for the State of Alaska

Ben + Daisy Henry
P.O. Box 153
Giana, AK. 99749

JUN 23 2014
99749

U.S. District Court
101 12th Avenue
Room 332
Fairbanks, AK. 99701

9970136283